UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                        CHAPTER 13 PROCEEDINGS

LEZA M KENDALL-SPRESNY        CASE NUMBER: 09-20482
                                        HON: DANIEL S OPPERMAN

           Debtor(s).
_____/

## STATEMENT REGARDING FUNDS TO BE DEPOSITED IN US REGISTRY

      Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $576.91 for deposits in the U. S. Registry as evidenced by the attached Check No. 276842 made payable to U.S. Bankruptcy Court.

      The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on August 31, 2010 and September 30, 2010 on behalf of the following creditor:

      August 31, 2010 & September 30, 2010    Access    $576.91

      Creditor is not cashing checks for the fact they will not accept partial payments, need the full amount of the claim in the amount of $1,198.00 to be paid in full.

Date: December 28, 2011                           /s/ Thomas W McDonald
                                                      Thomas W McDonald, Jr.
                                                      Chapter 13 Trustee
                                                        3144 Davenport Ave
                                                        Saginaw Mi 48602
                                                        Telephone (989) 792-6766
                                                        ecf@mcdonald13.org